1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    JOHN IVY,                                    1:07-cv-00801-LJO-WMW (HC)

10              Petitioner,                       ORDER DENYING MOTION TO
     vs.                                          PROCEED IN FORMA PAUPERIS
11
     JEFFREY WRIGLEY, Warden, et al.,             (DOCUMENT #2)
12
                Respondent.
13   _____/

14         Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

15   pursuant to 28 U.S.C. § 2241.

16         On 06/01/07, Petitioner filed an Application to Proceed In Forma Pauperis and a certified

17   copy of his prison trust account statement.   Examination of these documents reveals that Petitioner

18   is able to afford the costs of this action.  Specifically, six months prior to filing,  Petitioner has had

19   an average balance of at least $352.15 in his account.  His current balance is $139.36.

20         Accordingly, the motion to proceed in forma pauperis is DENIED (see 28 U.S.C. § 1915).

21   Petitioner is ORDERED to pay the five dollar ($5.00) filing fee within thirty (30) days of the date of

22   service of this order.  Failure to follow this order may result in a recommendation that the Petition be

23   dismissed pursuant to Local Rule 11-110.

24

25   IT IS SO ORDERED.

26   Dated:    June 6, 2007                    /s/  William M. Wunderlich
                                           UNITED STATES MAGISTRATE JUDGE
27

28