UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN IVY, | 1:07-cv-00801-LJO-WMW  (HC) |
|        Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE |
|    v. | (DOCUMENT #11) |
| JEFFREY WRIGLEY, | THIRTY DAY DEADLINE |
|        Respondent. | |

      Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.  On January 17, 2008, Petitioner filed a motion for a ninety (90) day extension of time. Petitioner did not indicate what the request for extension of time was for, however, pending and due before the court is the Petitioner's traverse.   Petitioner also does not explain why he cannot produce his traverse at the institution at which he is now located.  Under these circumstances, the court declines to grant Petitioner more than thirty days extension at a time.

      Accordingly, Petitioner is HEREBY GRANTED thirty days from the date of service of this order in which to file a traverse to the answer.

IT IS SO ORDERED.

**Dated:**  February 11, 2008        /s/  William M. Wunderlich
                                                       UNITED STATES MAGISTRATE JUDGE