# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN IVY, | ) 1:07 CV 00801 LJO WMW HC |
| | ) |
| | ) ORDER GRANTING MOTION FOR |
| | ) EXTENSION OF TIME TO FILE TRAVERSE |
| Petitioner, | ) |
| | ) [Doc. 15] |
| v. | ) |
| | ) |
| | ) |
| JEFFREY WRIGLEY, | ) |
| | ) |
| Respondent. | ) |
| | ) |

        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241.   On March 19, 2007,  Petitioner filed a motion requesting a stay

of these proceedings.  Despite the caption of the motion, it is actually a motion for an extension

of time to file a traverse.  Petitioner subsequently filed a traverse on May 27, 2008.

Accordingly, Petitioner's motion for an extension of time to file a traverse is HEREBY

GRANTED nunc pro tunc to May 27, 2008.

IT IS SO ORDERED.

**Dated:    October 14, 2008**          _____**/s/  William M. Wunderlich**_____
                                   UNITED STATES MAGISTRATE JUDGE

1